IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00263-CR-W-HFS |
| ) | |
| REGINALD A. KING ) | |
| ) | |
| Defendant. ) | |

ORDER

Presently pending is a motion to suppress in which defendant seeks suppression of all evidence obtained during a vehicle search (Doc. 38). An evidentiary hearing was held, and after making an independent review of the record and the applicable law the Honorable Jill A. Morris recommended that the motion to suppress be denied.

After review of the record and briefing, the Report and Recommendation (Doc. 54) is ADOPTED, and the motion to suppress (Doc. 38) is DENIED.

                                                        */s/ Howard F. Sachs*
                                                        HOWARD F. SACHS
                                                        UNITED STATES DISTRICT JUDGE

Dated: July 5, 2023
Kansas City, Missouri