IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                Criminal Action No.
                                                      21-00263-01-CR-W-HFS

REGINALD A. KING,

    Defendant.

---

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count One: Possession with Intent to Distribute PCP, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Count Two: Possession with Intent to Distribute Marijuana, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)

Count Three: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Count Four: Possession of a Firearm, *in violation of* 18 U.S.C. § 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner
    Case Agent: KCPD Detective Brian Tomananio
    Defense: Carie Allen

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: approximately 10
    Defense: 3 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: no additional exhibits

**DEFENSES**:
     ( x )    defense of general denial

**POSSIBLE DISPOSITION**:
     (  ) Definitely for trial              (  ) Possibly for trial
     (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
     Government's case including jury selection: 1 ½ days
     Defense case: ½ day

**STIPULATIONS**:
     ( x )    have not been discussed with the defendant given posture for plea
     (  )    not appropriate
     (  )    likely as to:
          (  )    chain of custody
          (  )    chemist's reports
          (  )    prior felony conviction
          (  )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

     **Witness and Exhibit Lists**:
     Government: August 7, 2023
     Defense: August 7, 2023
     **Counsel are requested to list witnesses in alphabetical order on their witness list.**

     **Exhibit Index, Voir Dire, Jury Instructions**: August 7, 2023
     **Jury instructions must comply with Local Rule 51.1**

     **Motions in Limine**: August 7, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing August 21, 2023

**OTHER**:
     (  )    A _____-speaking interpreter is required.
     (  )    Other assistive devices: _____

     **IT IS SO ORDERED.**

                                               */s/ Jill A. Morris*
                                               JILL A. MORRIS
                                               United States Magistrate Judge